| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Gajarsa, Arthur J | 2. Court or Organization U.S. Court of Appeals for the FEDERAL CIRCUIT | 3. Date of Report 5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Appeals Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 717 Madison Place, N.W. Washington, D.C. 20439 COPY | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Rensselaer Polytechnic Institute |
| 2. | Board of Directors | Georgetown University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

FINANCIAL DISCLOSURE OFFICE 2004 MAY 18 P 2: 38 RECEIVED

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Joseph, McDermott & Reiner, P.C. - To receive all receivables and out of pocket expenses attributable to Gajarsa clients. Payment made on a monthly basis as DEFERRED COMPENSATION. |
| 2. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Circuit Bar Association | May 22-24, 2003, Amelia Island, FL, Speaker, (airfare, lodging, out of pocket costs) |
| 2. | The Mentor Group | September 16-17, 2003, Rome, Italy, Speaker, (airfare, lodging, out of pocket costs) |
| 3. | Harvard University | October 1-2, 2003, Boston, MA, Speaker, (airfare, lodging, out of pocket costs) |
| 4. | U.S. Patent and Trademark Office | October 21-23, 2003, Perugia, Italy, Speaker, (airfare, lodging, out of pocket costs) |
| 5. | The Sedona Law Conference | November 7-9, 2003, Sedona, AZ, Speaker, (airfare, lodging, out of pocket costs) |
| 6. | University of Texas School of Law | December 5-6, 2003, San Jose, CA, Speaker, (airfare, lodging, out of pocket costs) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Computer Horizons Corp - common | | None | | | Sell | Var | J | | |
| 2. Universal Health Realty Income Trust | D | Dividend | M | T | | | | | |
| 3. Aura Systems Inc - common | | None | | | Sell | 12/10 | J | | |
| 4. E4L Inc | | None | | | Sell | 2/7 | J | | |
| 5. U.S. Treasury Ser M | | None | K | T | | | | | |
| 6. U.S. Treasury Ser K | | None | | | Sell | 11/11 | L | | |
| 7. Gold coin collection | | None | L | W | | | | | |
| 8. Bank of America | A | Interest | K | T | | | | | |
| 9. Rockywold Deephaven Camps | A | Dividend | K | T | | | | | |
| 10. Strategia Corp - common | | None | | | Sell | 2/7 | J | | |
| 11. Special Situations Private Equity Fund, LP | | None | O | T | | | | | |
| 12. Scientific Atlanta Inc - common | A | Dividend | N | T | Partial Sale | Var | M | F | |
| 13. Ortek Therapeutics Inc - common | | None | J | T | | | | | |
| 14. ICOS Corp - common | | None | M | T | | | | | |
| 15. Walt Disney Company - common | A | Dividend | L | T | | | | | |
| 16. CMGI - common | | None | | | Sell | 12/10 | J | | |
| 17. Evision USA.Com - common | | None | | | Sell | 2/7 | J | | |
| 18. Sanchez Computer Assoc - common | | None | | | Sell | 12/18 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Corel Corp - common | | None | | | Sell | 2/7 | J | | |
| 20. Cellpoint Inc - common | | None | J | T | Partial Sale | 2/7 | J | | |
| 21. Cendent Corp - common | | None | M | T | | | | | |
| 22. Corning Inc - common | | None | K | T | Partial Sale | 12/22 | J | | |
| 23. Microsoft Corp - common | A | Dividend | L | T | | | | | |
| 24. Motorola Inc - common | D | Dividend | N | T | | | | | |
| 25. Nuveen Sector Portfolio Biotechnology - UIT | | None | J | T | | | | | |
| 26. Seligman New Technologies - Mutual Fund | | None | K | T | | | | | |
| 27. Legg Mason Cash Reserve - mmkt | A | Dividend | L | T | | | | | |
| 28. Valeant Pharmaceuticals Inc - common | A | Dividend | L | T | | | | | |
| 29. Koninklijke Phi Electronics - common | A | Dividend | L | T | | | | | ips |
| 30. LSI Logic Corp - common | | None | L | T | Partial Sale | 12/18 | J | | |
| 31. Rite Aid Corp - common | | None | N | T | | | | | |
| 32. Alliance Cap Reserves - mmkt | A | Dividend | J | T | | | | | |
| 33. Alliance Muni Trust - mmkt | | None | | | Sell | Var | J | | |
| 34. Janus Invt FD Global Life Sciences - mutual fund | | None | J | T | | | | | |
| 35. Global Crossing Ltd - common | | None | | | Sell | Var | J | | |
| 36. Global Crossing Ltd - Pfd Conv 6.375% | | None | | | Sell | Var | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Auspex System Inc. - common | | None | J | T | Partial Sale | Var | J | | |
| 38. First Trust #415 - S Genomics & Proteomics Port - UIT | | None | J | T | | | | | |
| 39. FleetBoston Finl Corp - common | A | Dividend | J | T | | | | | |
| 40. Wachovia Corp 2nd New - common | C | Dividend | M | T | | | | | |
| 41. Special Situations Tech Fund, LP | | None | N | T | | | | | |
| 42. Japan Smaller Capitalization Fund Inc. | | None | K | T | | | | | |
| 43. Mass Mutual Partn Invs - common | C | Dividend | M | T | | | | | |
| 44. AIM Select Real Estate Income Fund - mutual fund | C | Dividend | K | T | | | | | |
| 45. AT&T Wireless Services Inc. - common | | None | | | Sell | 11/3 | J | | |
| 46. Nortel Networks Corp. - common | | None | K | T | Partial Sale | Var | J | | |
| 47. Nuveen Investment Quality Mun Fund Inc. | A | Dividend | K | T | Buy | 8/11 | K | | |
| 48. Nuveen Select Quality Mun Fund Inc. | A | Dividend | K | T | Buy | 5/28 | K | | |
| 49. Nuveen Insured Mun Opportunity Fund Inc. | A | Dividend | L | T | Buy | Var | L | | |
| 50. Rumson-Fair Haven BK & Tr Co. | | None | M | T | Buy | Var | M | | |
| 51. Maryland St Hlth & Hgr Ed Bond | A | Dividend | L | T | Buy | 8/21 | L | | |
| 52. Evergreen Income Advantage Fund | C | Dividend | L | T | Buy | Var | L | | |
| 53. John Hancock Preferred Inc. Fund | C | Dividend | L | T | Buy | 6/13 | L | | |
| 54. Nextel Communications Inc. | | None | K | T | Buy | 11/3 | K | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Health Care REIT Inc. | | None | K | T | Buy | 11/18 | K | | |
| 56. Legg Mson Government Monet Market | A | Dividend | N | T | Buy | Var | N | | |
| 57. Ameren Corp - common | A | Dividend | K | T | Inherited | 9/03 | K | | |
| 58. Consolidated Edison - common | A | Dividend | L | T | Inherited | 9/03 | L | | |
| 59. First Energy Corp - common | A | Dividend | J | T | Inherited | 9/03 | J | | |
| 60. Massmutual Corporate Investors - common | A | Dividend | L | T | Inherited | 9/03 | L | | |
| 61. Northeast Utilities - common | A | Dividend | J | T | Inherited | 9/03 | J | | |
| 62. Nstar | A | Dividend | M | T | Inherited | 9/03 | M | | |
| 63. Pepco Holdings - common | A | Dividend | J | T | Inherited | 9/03 | J | | |
| 64. SBC Communications Inc - common | A | Dividend | J | T | Inherited | 9/03 | J | | |
| 65. Verizon Communications - common | A | Dividend | J | T | Inherited | 9/03 | J | | |
| 66. Vodafone Group - common | A | Dividend | K | T | Inherited | 9/03 | K | | |
| 67. Federal Realty Investment Trust - Reit | A | Dividend | K | T | Inherited | 9/03 | K | | |
| 68. United Dominion Realty Trust - Reit | A | Dividend | K | T | Inherited | 9/03 | K | | |
| 69. Federal Home Loan Mortgage Corporation | A | Interest | K | T | Inherited | 9/03 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

In 2003, ICN Pharmaceuticals Inc changed its name to Valeant Pharmaceuticals Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544